UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY PETRIE and CHARLOTTE PETRIE,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>Defendants. | No. 2:17-cv-02329-TLN-EFB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE PARTY** |

The Court has reviewed Plaintiff's unopposed Motion to Substitute Party, which seeks to substitute Plaintiff Charlotte Petrie, successor-in-interest to deceased Plaintiff Larry Petrie, for decedent in this matter. (ECF Nos. 55, 59.) Pursuant to Federal Rules of Civil Procedure Rule 25(a), and for good cause shown, the Court hereby orders as follows:

1. Plaintiff CHARLOTTE PETRIE successor-in-interest to decedent LARRY PETRIE, be substituted for decedent in this cause of action as to the surviving personal injury claims of decedent's estate.

///

///

///

2. Plaintiff may amend the caption of the complaint showing the substitution as is shown in the form attached to Plaintiff's proposed order as Exhibit B (ECF No. 55-2 at 9).

IT IS SO ORDERED.

Dated: February 4, 2019

Troy L. Nunley
United States District Judge